**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

| Case No: | 14-35038 | JSB | Judge: Janet S. Baer |
|---|---|---|---|

Case Name:    Gleason Woodwork, Inc.

For Period Ending:  03/31/15

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 09/26/14 (f) |
| 341(a) Meeting Date: | 11/12/14 |
| Claims Bar Date: | 01/26/15 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Machinery & Fixtures<br>Could be andverse interests | 115,850.00 | 75,000.00 | | 78,903.00 | 0.00 | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $115,850.00 | $75,000.00 | | $78,903.00 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 24, 2015, 01:43 pm:  Sold the inventory and machinery in 12/14.  Two former employees filed an adversary complaint challenging the estate's rights to the proceeds.  This case will last at least another year.

Initial Projected Date of Final Report (TFR): 12/31/16        Current Projected Date of Final Report (TFR): 12/31/16

/s/    RONALD R. PETERSON
_____    Date: 04/27/15
RONALD R. PETERSON

**FORM 2**

Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-35038  -JSB | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | Gleason Woodwork, Inc. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8745  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1866 | | | |
| For Period Ending: | 03/31/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| * | 12/08/14 | | Health Industrial Auction Services, Inc. 508 WestBrittany Drive Arlington Heights, il 60004 | Sale of Tangible Personal Property | 1129-003 | 18,750.00 | | 18,750.00 |
| | 12/08/14 | 1 | 9Health Industrial Auction Services, Inc 508 West Brittany Drive Arlington Heights, Il 60004 . | Sale of Inventory and Equipment | 1129-000 | 18,750.00 | | 37,500.00 |
| * | 12/09/14 | | Health Industrial Auction Services, Inc. 508 WestBrittany Drive Arlington Heights, il 60004 | Reverses Duplicatre Entry Post Deposit Twice - once in Banck account and once in deposit | 1129-003 | -18,750.00 | | 18,750.00 |
| | 12/15/14 | 1 | Health Industrial Auction Services, Inc. 5508 West Brittany Drvive Arlington Heights, Il 60004 | Sale of Tangible Personal Property | 1129-000 | 56,250.00 | | 75,000.00 |
| | 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.42 | 74,932.58 |
| | 01/21/15 | 1 | Health Industrial Auction Services, Inc. 508 West Brittany Drive Arlingth Heights, Il 60004 | Sale of Tangible Personal Property | 1129-000 | 3,903.00 | | 78,835.58 |
| | 02/02/15 | 030001 | Trustee Insurance Agency 2813 West Main Kalamazoo, MI 49006 | Insurance | 2420-000 | | 265.08 | 78,570.50 |
| | 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 113.45 | 78,457.05 |
| | 02/20/15 | 030002 | Kaukman Worthen, LLC | Liquidation Personal Property | 3731-000 | | 9,911.25 | 68,545.80 |
| | 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 103.59 | 68,442.21 |

|  | Page Subtotals | 78,903.00 | 10,460.79 |
|---|---|---|---|

Ver: 18.04

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

| Case No: | 14-35038  -JSB | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | Gleason Woodwork, Inc. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8745  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1866 | | | |
| For Period Ending: | 03/31/15 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | COLUMN TOTALS | | 78,903.00 | 10,460.79 | 68,442.21 |
|---|---|---|---|---|---|---|
| | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 78,903.00 | 10,460.79 | |
| | | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 78,903.00 | 10,460.79 | |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account (Non-Interest Earn - *******8745 | 78,903.00 | 10,460.79 | 68,442.21 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 78,903.00 | 10,460.79 | 68,442.21 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 18.04